

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | MJ 20-~26~-BU-KLD |
| $2,000 IN A WHITE ENVELOPE | ORDER |

Based upon the motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application, Affidavit for Seizure Warrant, and Seizure Warrant filed herein,

are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an indictment by any defendant related to this seizure warrant, and service or

receipt of a request for discovery by defense counsel, pursuant to Fed. R. Crim. P.

16.

DATED this 9th day of July, 2020.


_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1